**Joseph A. ELLIOTT, Sr., Appellant**

v.

**Jeffrey A. BEARD, Ph.D, Secretary of the Pennsylvania Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Jan. 7, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of January, 2009, this appeal from the Commonwealth Court's August 13, 2008 Order denying Appellant's Motion for Reconsideration is quashed. *See, e.g., In re Merrick's Estate,* 432 Pa. 450, 247 A.2d 786, 787 (1968) (quashing appeal from unappealable court order denying reconsideration); *Murkey v. Corbin,* 115 Pa.Cmwlth. 258, 533 A.2d 1091 (1987), *appeal denied,* 520 Pa. 621, 554 A.2d 512 (1988) (same); *Boden v. Tompkins,* 306 Pa.Super. 494, 452 A.2d 833, 834 (1982) (same).

■

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Jerry MARSHALL, Jr., Appellant.**

Supreme Court of Pennsylvania.

Jan. 21, 2009.

David Lee Zuckerman, Esq., Defender Association of Philadelphia, Philadelphia, for Jerry J. Marshall, Jr.

Hugh J. Burns, Esq., Amy Zapp, Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2009, the order of the PCRA court is hereby affirmed. *See Commonwealth v. Fahy,* — Pa. ——, 959 A.2d 312 (2008) and *Commonwealth v. Marshall,* 596 Pa. 587, 947 A.2d 714 (2008).